UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JAVON MARCUS WARD,

    Plaintiff,

v.

    Case Number 2:23-CV-13162
    HONORABLE NANCY G. EDMUNDS

L. McROBERTS, et. al.,

    Defendants.
_____/

**JUDGMENT**

The above-entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on _____, 2023.

    IT IS ORDERED AND ADJUDGED that:

(1) The Complaint is DISMISSED WITH PREJUDICE for failing to state a claim upon which relief could be granted.

(2) IT IS FURTHER CERTIFIED that any appeal would not be undertaken in good faith.

Dated at Detroit, Michigan, this 18th, day of December, 2023.

    KINIKIA ESSIX
    CLERK OF THE COURT

APPROVED:

    BY: s/ L. Bartlett
        DEPUTY CLERK

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
U. S. DISTRICT JUDGE